ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Colonna's Shipyard, Inc. | ) ASBCA No. 62365 |
| | ) |
| Under Contract No. N50054-17-C-0007 | ) |

APPEARANCES FOR THE APPELLANT:      J. Travis Pittman, Esq.
                                    Chidinma P. Okogbue, Esq.
                                      Holmes Pittman & Haraguchi, LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                    Navy Chief Trial Attorney
                                  Brian S. Smith, Esq.
                                    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 5, 2020

_____
CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62365, Appeal of Colonna's Shipyard, Inc., rendered in conformance with the Board's Charter.

Dated:  August 5, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals